UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00592

**Lars Theorine**,
*Petitioner,*

v.

**Sheriff, Smith County**,
*Respondent.*

# ORDER

On November 4, 2020, petitioner Lars Theorine, proceeding pro se, filed the above-styled petition for a writ of habeas corpus. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On November 6, 2020 and again on December 7, 2020, the magistrate judge instructed petitioner to either pay the $5 filing fee or apply to proceed in forma pauperis Docs. 3, 5. Petitioner failed to do so. On January 22, 2021, the magistrate judge entered a report recommending that petitioner's petition be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 6. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The petition is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order.

- 2 -

*So ordered by the court on March 4, 2021.*

                        J. CAMPBELL BARKER
                        United States District Judge